# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS J. SAVOIE, III

VERSUS

COVES OF THE HIGHLANDS
HOMEOWNERS ASSOCIATION, INC.

NO.   2025 CW 1077

**FEBRUARY 5, 2026**

---

In Re:   Coves of the Highlands Homeowners Association, Inc.,
applying for supervisory writs, 23rd Judicial District
Court, Parish of Tangipahoa, No. 20250001142.

---

BEFORE:   **HESTER, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**CHH**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT